December 17, 2010

Mr. Shannon H. Ratliff
Ratliff Law Firm, P.L.L.C.
600 Congress Ave., Suite 3100
Austin, Tx 78701-2984

Ms. Eileen F. O'Neill
Ware, Jackson, Lee & Chambers, L.L.P.
America Tower, 42nd Floor
2929 Allen Parkway
Houston, TX 77019-7101
Ms. Deborah G. Hankinson
Hankinson Levinger LLP
750 N. St. Paul St., Suite 1800
Dallas, TX 75201

Mr. David P. Wilson
Provost & Umphrey Law Firm, L.L.P.
P.O. Box 4905
Beaumont, TX 77704

RE: Case Number: 05-1076
 Court of Appeals Number: 13-00-00104-CV
 Trial Court Number: 96-7-8148

Style: EXXON CORPORATION AND EXXON TEXAS, INC.
 v.
 EMERALD OIL & GAS COMPANY, L.C. AND LAURIE T. MIESCH, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. The Court's opinion of March 27, 2009 is withdrawn and
the opinion of this date is substituted. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Guzman and Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Cathy Wilborn |
| |Ms. Ruby Garcia |
| |Mr. William Guy Arnot |
| |III |
| |Mr. John B. McFarland |
| |Mr. Everard A. |
| |Marseglia Jr. |
| |Mr. Zachary S. Brady |
| |Mr. William F. Warnick|
| | |
| |Mr. Keith Strama |
| |Ms. Jacqueline L |
| |Weaver |